IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                                                                             JUDGEMENT AND
                          Plaintiff,                        COMMITMENT ORDER

     v.

                                                                              12-po-06-slc

JASON JENSEN,

                         Defendant.
_____

       On July 9, 2014, defendant Jason Jensen, represented by counsel, entered a guilty plea to the charge of operating while under the influence of an intoxicant, second offense, as charged in Violation Number 1011024. We proceeded directly to sentencing. After hearing from the defendant and the attorneys for both sides, the court accepted the parties' joint recommendation, for reasons stated.

       It is ORDERED that defendant Jason Jensen is sentenced to the custody of the Bureau of Prisons for a term of five days. Wing is to self-report by noon on August 22, 2014 to the federally-contracted county jail designated by the BOP.

       It is FURTHER ORDERED that Jensen forthwith shall pay the $25.00 special assessment to the clerk of this court.

       It is FURTHER ORDERED that Jensen shall pay a $925 fine not later than September 9, 2014.

       It is FURTHER ORDERED that Jensen's driver's license is suspended within the federal territorial and maritime jurisdiction of the United States for twelve months.

       This sentence serves the goals of general and specific deterrence, punishment of the defendant, and protection of the general public.

       Entered this 9th day of July, 2014.

                                                                     BY THE COURT:

                                                                       /s/

                                                                       STEPHEN L. CROCKER
                                                                       Magistrate Judge